1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JASON DAVID YONAI,

11              Petitioner,              No. CIV S-06-2327 MCE GGH P

12        vs.

13   MS. EVANS, et al.,

14              Respondents.          FINDINGS & RECOMMENDATIONS

15   _____/

16              By order filed February 1, 2008, petitioner was ordered to show cause, within

17   thirty days, why the claims raised in the instant action are not barred by the statute of limitations.

18   The thirty day period has now expired, and petitioner has not shown cause or otherwise

19   responded to the court's order.

20              IT IS HEREBY RECOMMENDED that this action be dismissed without

21   prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

22              These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24   days after being served with these findings and recommendations, petitioner may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED:  05/06/08

4  /s/ Gregory G. Hollows

   _____

5  GGH:035  UNITED STATES MAGISTRATE JUDGE

   yona2327.fsc

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26